**PROBABLE CAUSE AFFIDAVIT**
**Rayvon Nasear Jamal MICHAEL**

I, Emanuel Woods, being duly sworn, depose and state that:

1. I have been an Officer with the Columbus Division of Police (CPD) since 2012. I have been assigned to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) as a Task Force Officer (TFO) since 2021. As a result of my training and experience, I am familiar with state and federal laws pertaining to firearms and narcotics violations, among other offenses.

2. This affidavit is being submitted in support of an application for a criminal complaint against Rayvon Nasear Jamal MICHAEL (hereinafter referred to as MICHAEL) for, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessing a firearm, and the firearm was in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

3. The facts set forth within this affidavit come from the Affiant's own personal involvement with the investigation, as well as information provided by other law enforcement officers and reports. The information outlined below does not contain all details or all facts of which I am aware relating to this investigation but rather is provided for the limited purpose of establishing probable cause that MICHAEL committed this offense.

4. During the month of November 2025, Columbus Division of Police (CPD) Gang Investigations Unit (GIU) Detective Jason Bare and ATF TFO Emanuel Woods opened an investigation into the alleged trafficking of narcotics and weapons possession by MICHAEL.

5. TFO Woods received information from a reliable Confidential Informant (C/I) who stated that MICHAEL was in possession of multiple firearms and selling large amounts of Fentanyl.

6. During a Computerized Criminal History (CCH) search of MICHAEL, TFO Woods found that MICHAEL has multiple felony convictions (See paragraph 15).

7. TFO Woods spoke to a second Confidential Source (C/I) who stated that MICHAEL is in possession of kilo sized amounts of Fentanyl and is currently driving a new gray Kia sedan Ohio license KRF9487.

8. On or about November 19, 2025, Detective Bare queried Ohio license plate KRF9487 in CPD Axon License Plate Reader (LPR) database and captured a photo of the same vehicle parked in the area of 5754 Thorton Street.

9. On or about November 20, 2025, Detective Bare conducted surveillance at 5754 Thorton Street and observed MICHAEL exiting the front door of 5754 Thorton Street Apt 302. MICHAEL was observed getting into the gray Kia bearing Ohio tag KRF9487 and leaving the area.

**PROBABLE CAUSE AFFIDAVIT**
**Rayvon Nasear Jamal MICHAEL**

10. Between the week of December 2, 2025, and December 8, Detective Bare observed MICHAEL travel to different locations throughout the City of Columbus. MICHAEL would only stay at the locations for a short amount of time. MICHAEL was observed regularly going to 166 Chase Road, Columbus OH.

11. On or about December 8, 2025, Detectives collected trash from 166 Chase Road. During the search of the contents, detectives recovered items consistent with narcotics trafficking, including numerous plastic baggies with residue. One of the plastic baggies tested positive for Fentanyl.

12. On or about December 15, 2025, Detectives collected trash from 166 Chase Road. During the search of the content's, detectives recovered items consistent with narcotics trafficking including numerous plastic baggies with residue. One of the plastic baggies tested positive for Fentanyl.

13. On or about December 18, 2025, Detective Bare executed a search warrant at 5754 Thorton Street Apt 302. MICHAEL was located inside the residence when the search warrant was executed.

14. The following evidence was seized out of the search warrant:

    - Romarm Mini Draco 7.62 x 39 caliber with serial number PD-6999-2015 RO, loaded with 29 live rounds of ammunition.

    - Glock 22 .40 caliber with serial number WXT664, loaded with 18 live rounds of ammunition.

    - Approximately 88 grams of suspected Cocaine.

    - Approximately $24,591 in US currency.

15. MICHAEL is prohibited from possession of a firearm based upon having been previously convicted of the following crime punishable by a term of imprisonment exceeding one year:

    a. Franklin County Ohio Court of Common Pleas case 23 CR 109 for Trafficking in Fentanyl, a Felony of the 4th degree.

    b. Franklin County Ohio Court of Common Pleas case 23 CR 104 for Trafficking Fentanyl, a felony of the 3rd degree, Having Weapons under Disability, a felony of the 3rd degree, and Operating a vehicle with a hidden compartment, a felony of the 4th degree.

16. Your Affiant confirmed via ATF resources that the aforementioned firearms recovered from MICHAEL's residence on or about December 18, 2025, were not manufactured in the State of Ohio and therefore had previously traveled in interstate commerce to reach the State of Ohio (See paragraph 18).

17. The aforementioned offenses occurred in Franklin County, Ohio, in the Southern Judicial District of Ohio.

**PROBABLE CAUSE AFFIDAVIT**
**Rayvon Nasear Jamal MICHAEL**

18. Based on this information, your affiant believes probable cause exists that MICHAEL, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed multiple firearms, that is, a Glock 22 Gen 4, .40 caliber, and a Romarm Draco 7.62 pistol, and the firearms were in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

EMANUEL WOODS (Affiliate)
Digitally signed by EMANUEL WOODS (Affiliate)
Date: 2025.12.18 20:08:03 -05'00'

ATF TFO Emanuel Woods

Sworn to and subscribed before me this 19th day of December, 2025, in Columbus, Ohio.

Chelsey M. Vascura
**Chelsey M. Vascura**
**U.S. MAGISTRATE JUDGE**